**Dismissed and Opinion Filed November 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00518-CR
No. 05-14-00519-CR
No. 05-14-00520-CR

**MICHAEL WAYNE CAMPBELL JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-31211-Q, F12-31218-Q, F12-31219-Q**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140518F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL WAYNE CAMPBELL JR,
Appellant

No. 05-14-00518-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-31211-Q.
Opinion delivered per curiam before Chief
Justice Wright and Justices Myers and
Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered November 12, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL WAYNE CAMPBELL JR,
Appellant

No. 05-14-00519-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-31218-Q.
Opinion delivered per curiam before Chief
Justice Wright and Justices Myers and
Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 12, 2014



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL WAYNE CAMPBELL JR,
Appellant

No. 05-14-00520-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-31219-Q.
Opinion delivered per curiam before Chief
Justice Wright and Justices Myers and
Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 12, 2014